ALFRED D. BAILEY, as Ancillary Administrator of PARTHENIA ELIZABETH GORDON, Deceased, Respondent, *v.* AMERICAN DEPOSIT AND LOAN COMPANY, Appellant.

*Bailey* v. *American D. & L. Co.,* 52 App. Div. 402, affirmed.
(Argued January 25, 1901; decided February 15, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 13, 1900, reversing a judgment in favor of defendant entered

upon a dismissal of the complaint by the court at a Trial Term, and granting a new trial.

*Allan McCulloh* for appellant.

*George H. Fletcher* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs, on opinion below.

Concur: GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Taking no part: PARKER, Ch. J.